UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No.:_____ |
| | : | |
| v. | : | 21 U.S.C. §856(a)(2) (Maintaining |
| | : | a Drug Involved Premises) |
| **ERIC SPAULDING** | : | |

## INFORMATION

The United States Attorney charges:

### COUNT ONE
(Using/Maintaining a Drug Involved Premises)

Beginning on about February 1, 2019, and continuing until on about March 7, 2019, in the District of Maine, defendant

### ERIC SPAULDING

while managing and controlling 17 Francis Street, Waterville, Maine, as an owner, mortgagee or occupant, knowingly and intentionally made available for use, with or without compensation, said place for the purpose of unlawfully manufacturing, storing, distributing, or using controlled substances, in violation of Title 21, United States Code, Section 856(a)(2) and Title 18, United States Code, Section 2.

It is further alleged that the penalty provisions of Title 21, United States Code, Section 856(b) apply to the conduct described herein.

Dated April 7, 2021 at Bangor.

DONALD E. CLARK
ACTING UNITED STATES ATTORNEY

/s/ *Raphaelle A. Silver*
RAPHAELLE A. SILVER
ASSISTANT UNITED STATES ATTORNEY